# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08-cv-1456 |
| v. | ) ) ) | JUDGE BOYKO |
| LEGACY HEALTH SERVICES, et al. | ) ) ) | STIPULATED DISMISSAL |
| Defendants. | ) ) | |

Now Come the Parties herein, and pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), hereby jointly stipulate that Defendant Legacy Health Services d/b/a DMD Management is dismissed with prejudice from this Action.

| | |
|---|---|
| /s/ Andrew J. Dorman | /s/ Donna L. Williams-Alexander |
| Andrew J. Dorman (per consent) | Donna L. Williams-Alexander (0037838) |
| Counsel for Defendant(0063410) | Counsel for Plaintiff |
| Reminger Co.L.P.A. | U.S. Equal Employment Opportunity |
| 101 Prospect Avenue, West | Commission |
| 1400 Midland Building | 1240 East Ninth Street, Suite 3001 |
| Cleveland, Ohio 44115 | Cleveland, Ohio 44199 |
| (216) 430-2169 | (216)522-7454 |
| (216) 687-1841fax | (216)522-7430fax |
| adorman@reminger.com | donna.williams-alexander@eeoc.gov |

```
        IT IS SO ORDERED.


        S/CHRISTOPHER A. BOYKO
        UNITED STATES DISTRICT COURT JUDGE


        MAY 15, 2009
```